UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

**ACS GRAND HAVEN, INC.**　　　　　　　　　*Case No.: 06-58302-PJS*
　　　　　　　　　　　　　　　　　　　　　　*Chapter 7*
　　　　　　　　　　　　　　　　　　　　　　*Honorable PHILLIP J. SHEFFERLY*

_____Debtor (s)_____/

### 1st NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $16,851.51 represents the total sum of unclaimed dividends in this estate to date and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO: | AMOUNT OF DIVIDEND |
|---|---|---|
| MIDWEST PRECISION MACHINES<br>781 PROGRESS STREET<br>WILLIAMSTON, MI 48895 | 10 | $9,308.00 |
| VERIZON NORTH<br>404 Brock Drive<br>Bloomington, IL 61701 | 45 | $125.35 |
| MIDWEST VERIZON WIRELESS<br>404 Brock Drive<br>Bloomington, IL 61701 | 47 | $7,418.16 |

Dated: August 11, 2016

　　　　　　　　　　　　　　　　　　　　/s/ BASIL T. SIMON (P26340)_____
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　645 Griswold, Suite 3466
　　　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　　　313/962-6400
　　　　　　　　　　　　　　　　　　　　bsimon@sszpc.com