THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT
<u>SOUTHERN DIVISION</u>

IN RE:                                                In Bankruptcy

ACS GRAND HAVEN, INC.               Case No. 06-58302-PJS
                                                          Chapter 7
                                                          Honorable PHILLIP J. SHEFFERLY

                 Debtor(s)            /

**SUMMARY OF INTEREST ONLY PAYMENT PER COURT ORDER DATED 08/01/16**

| CLAIM NO. | CREDITOR | AMOUNT OF ORIGINAL CLAIM | PREVIOUSLY PAID | INTEREST PAYMENT 33% | AMOUNT TO BE PAID: |
|---|---|---|---|---|---|
| 000001 | MATHEWS INTERNATIONAL | $1,886.45 | $1,886.45 | | $622.53 |
| 000002 | DRIV-LOK, INC. | $4,142.86 | $4,142.86 | | $1,367.14 |
| 000003 | GCH TOOL GROUP, INC | $208.40 | $208.40 | | $68.77 |
| 000006 | KIM SUPPLY CO. | $2,915.86 | $2,915.86 | | $962.23 |
| 000007 | CRANKSHAFT MACHINE | $7,634.40 | $7,634.40 | | $2,519.35 |
| 000008 | STORCH MAGNETICS | $1,158.96 | $1,158.96 | | $382.46 |
| 000009 | REAUME HEATING & COOLING | $3,324.15 | $3,324.15 | | $1,096.97 |
| 000010 | MIDWEST PRECISION MACHINES | $9,308.00 | $9,308.00 | | $3,071.64 |
| 000011 | CARCO INC. | $486.00 | $486.00 | | $160.38 |
| 000012 | FOREWAY TRANSPORTATION INC. | $100.00 | $100.00 | | $33.00 |
| 000013 | JO-MAR INDUSTRIES, INC. | $13,012.00 | $13,012.00 | | $4,293.96 |
| 000014 | KENDALL ELECTRIC INC. | $7,041.18 | $7,041.18 | | $2,323.59 |
| 000015 | PROCESS ENGEINEERING & EQUIP. | $13,891.95 | $13,891.95 | | $4,584.34 |
| 000016 | TRAN TEK AUTOMATION | $10,784.00 | $10,784.00 | | $3,558.72 |
| 000017 | LAB SAFETY SUPPLY | $331.53 | $331.53 | | $109.40 |
| 000018 | UNIFELX INC. | $1,009.03 | $1,009.03 | | $332.98 |
| 000019 | ERICKSON ELECTRIC | $14,810.30 | $14,810.30 | | $4,887.40 |

| | | | | |
|---|---|---|---|---|
| 000020 | SPRINT NEXTEL CORPORATION | $297.92 | $297.92 | $98.31 |
| 000024 | GRAND HAVEN TRIBUNE | $657.09 | $657.09 | $216.84 |
| 000025 | CINCINNATI SERVICE & REBUILD | $4,637.12 | $4,637.12 | $1,530.25 |
| 000026 | SUNSOURCE | $1,502.48 | $1,502.48 | $495.82 |
| 000027 | ROUNDUP FUNDING, LLC/CINGULAR WIREL | $2,645.69 | $2,645.69 | $873.08 |
| 000031 | GRAND HAVEN CHARTER TOWNSHIP | $917.45 | $917.45 | $302.76 |
| 000033A | US CUSTOMS AND BORDER PROTECTION | $444.26 | $444.26 | $146.61 |
| 000033B | US CUSTOMS AND BORDER PROTECTION | $259,927.43 | $259,927.43 | $85,776.05 |
| 000034 | PROCESS ENGINEERING & EQUIP. | $13,891.95 | $13,891.95 | $4,584.34 |
| 000036 | INSPECTION EQUIPMENT | $193.80 | $193.80 | $63.95 |
| 000037 | ALLEN DATAGRAPH SYSTEMS, INC | $1,131.00 | $1,131.00 | $373.23 |
| 000038 | KAPLAN TRUCKING | $0.00 | $0.00 | $0.00 |
| 000039 | METROCAL INC. | $540.00 | $540.00 | $178.20 |
| 000040 | SAFETY PRODUCTS | $31,503.46 | $31,503.46 | $10,396.14 |
| 000041 | TROPHY HOUSE | $1,794.08 | $1,794.08 | $592.05 |
| 000042 | ASAHI DIAMOND AMERICA, INC. | $36,954.02 | $36,954.02 | $12,194.83 |
| 000044 | TELESIS MARKING SYSTEMS | $650.78 | $650.78 | $214.76 |
| 000045 | VERIZON NORTH INC. | $125.35 | $125.35 | $41.37 |
| 000046 | ACTION INDUSTRIAL SUPPLY | $24,609.31 | $24,609.31 | $8,121.07 |
| 000047 | MIDWEST VERIZON WIRELESS | $7,418.16 | $7,418.16 | $2,447.99 |
| 000048 | LIBERTY PEST CONTROL | $750.00 | $750.00 | $247.50 |
| 000049A | INTERNAL REVENUE SERVICE | $7.26 | $7.26 | $2.40 |
| 000049B | INTERNAL REVENUE SERVICE | $659.66 | $659.66 | $217.69 |

| | | | |
|---|---|---|---|
| 000050 AVALON RISK MANAGEMENT AGENT OF LGI | $59,297.95 | $59,297.95 | $19,568.33 |
| **GRANDTOTAL:** | **$542,601.29** | **$542,601.29** | **$179,058.43** |

DATE: August 15, 2016

/s/ BASIL T. SIMON (P26340)
Chapter 7 Trustee
645 Griswold
Suite 3466
Detroit, MI 48226-4216
Phone: (313) 962-6400
Email: bsimon@sszpc.com