**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter Of:

*ACS GRAND HAVEN, INC.*                    *Case No.: 06-58302-PJS*
                                           *Chapter 7*
                                           *Honorable PHILLIP J. SHEFFERLY*


_____Debtor (s)_____/

## 2nd NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

   The attached check in the amount of $2,489.36 represents the total sum of unclaimed dividends in this estate to date and is paid to the Court pursuant to 11 U.S.C. §347(a).  The name(s) and address(es) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO: | AMOUNT OF DIVIDEND |
|---|---|---|
| VERIZON NORTH<br>404 Brock Drive<br>Bloomington, IL 61701 | 45 | $41.37 |
| MIDWEST VERIZON WIRELESS<br>404 Brock Drive<br>Bloomington, IL 61701 | 47 | $2,447.99 |


Dated: November 16, 2016

                                    /s/ BASIL T. SIMON (P26340)_____
                                    Chapter 7 Trustee
                                    645 Griswold, Suite 3466
                                    Detroit, MI 48226
                                    313/962-6400
                                    bsimon@sszpc.com